# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EARL LEE HALL JR.,**
ADC #095454                                                                                          **PLAINTIFF**

V.                              CASE NO. 5:19-CV-177-BD

**TRACY TAYLOR**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

Judgment is hereby entered in favor of Defendant Tracy Taylor.

IT IS SO ORDERED, this 17th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE